UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>COREY MCGREGOR,<br><br>                                Defendant. | 16 Cr. 590 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for sentencing on **May 2, 2024**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  April 16, 2024
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge